
FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 9:37 am, Oct 22, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| JOHN SEBASTIAN HILL, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:19-cv-11 |
| | * | |
| v. | * | |
| | * | |
| HILTON HALL, et al., | * | |
| | * | |
| Defendants. | * | |

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 10. Plaintiff did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's claims against Defendants Hall, Stone, Nilius, Chandler, Smith, Gramiak, Dozier, and John Does 1, 2, and 3 and **DENIES** Plaintiff's injunctive relief claims. Plaintiff's claims against Defendant Augustin in his individual

AO 72A
(Rev. 8/82)

capacity remain pending.   Dkt. No. 11.

SO ORDERED, this ___21___ day of ___October___, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)